UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X   CV.22-5894
JAMES P. SCHIAVONE,

**NOTICE OF REMOVAL**

                            Plaintiff,

    -against-

ANTHONY WILECZEK and
CAMPBELL'S AUTO EXPRESS, INC.,

                            Defendants.
-----------------------------------------------------------------------X

## REMOVAL PETITION

       To the Honorable Judges of the United States District Court for the Southern District of New York, the defendants, ANTHONY WILECZEK and CAMPBELL'S AUTO EXPRESS, INC. by their attorneys, Connors & Connors, P.C., state the following upon information and belief:

       1.     That ANTHONY WILECZEK, is a defendant in the above-entitled action.

       2.     That CAMPBELL'S AUTO EXPRESS, INC. is a defendant in the above-entitled action.

       3.     That on March 10, 2022, this action was commenced against ANTHONY WILECZEK and CAMPBELL'S AUTO EXPRESS, INC. in the Supreme Court of the State of New York, Westchester County, and is now pending.

       4.     The action is captioned:

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER
-----------------------------------------------------------------------X Index No. 57529/2022
JAMES P. SCHIAVONE,

                            Plaintiff,

    -against-

ANTHONY WILECZEK and
CAMPBELL'S AUTO EXPRESS, INC.,

                            Defendants.
-----------------------------------------------------------------------X

5. Plaintiff alleges to have sustained injuries as a result of a motor vehicle accident which occurred on January 27, 2022.

6. A copy of the Summons and Complaint is annexed as **Exhibit A.**

7. A copy of the Verified Answer filed by ANTHONY WILECZEK and CAMPBELL'S AUTO EXPRESS, INC. is annexed as **Exhibit B.**

8. On June 10, 2022, a Demand for Statement of Damages was served on plaintiff's counsel, a copy of which is annexed as **Exhibit C.**

9. On June 21, 2022, a correspondence was served upon plaintiff's counsel indicating defendants' intention to file a notice of removal in the event plaintiff advises in writing that the amount in controversy exceeds $75,000. A copy of defendants' letter is annexed as **Exhibit D.**

10. Plaintiff responded in a correspondence dated July 7, 2022 stating, "it is curious that you seek a statement as to whether the plaintiff is seeking damages in excess of $75,000" and that "it strains credulity to think that it could not be determined whether this case exceeds $75,000, considering the nature of the injuries communicated to the adjuster before you were retained, and your experience in this field." A copy of plaintiff's letter is annexed as **Exhibit E.**

11. In his Verified Bill of Particulars, dated July 6, 2022, plaintiff further alleges a Workers' Compensation lien totaling $135,561.66 as of June 21, 2022. A copy of plaintiff's Bill of Particulars is annexed as **Exhibit F.**

12. No further proceedings have been had in the Supreme Court of the State of New York, Westchester County.

13. That defendants are now filing this Notice of Removal within 30 days of plaintiff responding in writing that the plaintiff's claim allegedly has a value in excess of $75,000.00.

14. It is respectfully submitted that diversity of citizenship exists amongst the parties.

15. At the time the Complaint was filed, JAMES P. SCHIAVONE was a resident of the State of New York.

16. At the time the Complaint was filed, ANTHONY WILECZEK was a resident of the State of New Jersey.

17. At the time the Complaint was filed, CAMPBELL'S AUTO EXPRESS, INC. was a corporation duly organized and existing under and by virtue of the laws of the State of New Jersey.

18. This is an action for damages for personal injury resulting from the alleged negligence of the defendants.

19. This Honorable Court has original jurisdiction over this action pursuant to 28 U.S.C. §1332 and the action may therefore be removed to this Honorable Court pursuant to 28 U.S.C. §1441.

WHEREFORE, defendants ANTHONY WILECZEK and CAMPBELL'S AUTO EXPRESS, INC., pray that the above-entitled action now pending against them in the Supreme Court of the State of New York, County of Westchester, be removed to this Honorable Court.

Dated: Staten Island, New York
July 11, 2022

CONNORS & CONNORS, P.C.
Attorneys for Defendants
ANTHONY WILECZEK and
CAMPBELL'S AUTO EXPRESS, INC.
766 Castleton Avenue
Staten Island, NY 10310
718-442-1700
File No. DNJ27653

TO: PETER J. SAGHIR, ESQ.
GAIR, GAIR, CONASON, RUBINOWITZ, BLOOM, HERSHENHORN, STEIGMAN & MACKAUF
Attorneys for Plaintiff
80 Pine Street, 34th Floor
New York, NY 10005
(212) 943-1090

## CERTIFICATE OF SERVICE

      I, JOHN P. CONNORS, JR., hereby certify that a copy of the foregoing, **NOTICE OF REMOVAL,** was mailed by first class mail, postage prepaid, this 11th day of July, 2022 to all counsel of record as indicated below.

                                                                     _____
                                                                     JOHN P. CONNORS, JR. (6514)

TO:    PETER J. SAGHIR, ESQ.
          GAIR, GAIR, CONASON, RUBINOWITZ, BLOOM,
          HERSHENHORN, STEIGMAN & MACKAUF
          Attorneys for Plaintiff
          80 Pine Street, 34th Floor
          New York, NY 10005
          (212) 943-1090

Index No.  CV. 22-5894 Hon.
UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

JAMES P. SCHIAVONE,

                              Plaintiff,

- against -

ANTHONY WILECZEK and CAMPBELL'S AUTO EXPRESS, INC.,

                              Defendants.

## NOTICE OF REMOVAL

CONNORS & CONNORS, P.C
*Attorneys for Defendants – Anthony Wileczek and Campbell's Auto Express, Inc.*
*Office and Post Office Address, Telephone*
766 Castleton Avenue
Staten Island, New York 10310
(718) 442-1700 PHONE
(718) 273-5196 FAX

Signature (Rule 130-1.1-a)

_____
JOHN P. CONNORS, JR.

Service of a copy of the within                                                                 is hereby admitted,
Dated,

                                                                                      _____
                                                                                      Attorney(s) for

Please take notice
      NOTICE OF ENTRY
that the within is a (certified) true copy of a duly entered in the office of the clerk of the within named court on
      NOTICE OF SETTLEMENT
that an order of which the within is a true copy will be presented for settlement to the HON.
one of the judges of the within named court, at
on                                              at

Dated:                                                              Yours, etc.,

                                                             CONNORS & CONNORS, P.C.
                                                             *Attorneys for Defendants*
To                                                              *Office and Post Office Address*
                                                             766 CASTLETON AVENUE
                                                             STATEN ISLAND, NY 10310