UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES P. SCHIAVONE,

               Plaintiff,

           -against-

ANTHONY WILECZEK, et al.,

               Defendants.

**ORDER**

22-CV-05894 (PMH)

PHILIP M. HALPERN, United States District Judge:

    As explained in further detail on the record during the September 14, 2022 initial pretrial telephone conference, Plaintiff's motion to remand this matter to the New York State Supreme Court, County of Westchester (*see* Doc. 7; Doc. 8; Doc. 9), is DENIED.

    The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 7.

                            **SO ORDERED:**

Dated:  White Plains, New York
          September 14, 2022

                            _____
                            PHILIP M. HALPERN
                            United States District Judge