UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES P. SCHIAVONE,

                Plaintiff,

- against -

ANTHONY WILECZEK and CAMPBELL'S AUTO EXPRESS, INC.,

                Defendants.

**ORDER**

22-CV-5894 (PMH)

PHILIP M. HALPERN, United States District Judge:

    The Court is in receipt of the materials, filed by the parties on October 31, 2023, required by Rules 6(A) and 6(B) of this Court's Individual Practices. (*See* Doc. 33, "JPTO"; Doc. 34, "Plaintiff's Proposed Jury Charge"; Doc. 35, "Proposed *Voir Dire*"; Doc. 36, "Proposed Verdict Sheet"; Doc. 37, "Defendants' Proposed Jury Charge"). The parties have not submitted a proposed joint jury charge as required by Rule 6(B)(i) of this Court's Individual Practices and have instead submitted two competing jury charges. (*See* Doc. 34; Doc. 37). The parties are directed to meet and confer and submit a proposed joint jury charge by January 11, 2024.

    The Court will hold a pretrial conference on January 18, 2024 at 2:30 p.m. in Courtroom 520 of the White Plains Courthouse.

                                      **SO ORDERED.**

Dated:  White Plains, New York
           December 8, 2023

                                      _____
                                      PHILIP M. HALPERN
                                      United States District Judge