UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES P. SCHIAVONE,

               Plaintiffs,

- against -

ANTHONY WILECZEK and CAMPBELL'S AUTO EXPRESS, INC.,

               Defendants.

**ORDER**

22-CV-05894 (PMH)

PHILIP M. HALPERN, United States District Judge:

The Court, during the pretrial conference on January 18, 2024, set this case as the back up to a case proceeding to trial on May 1, 2024. (Doc. 41).

The parties are hereby notified that this case is no longer the backup trial and that his case will proceed to jury selection and trial on **May 1, 2024 at 9:30 a.m.** This case must therefore be trial-ready for that date.

The parties are directed to immediately notify the Court if they have reached a settlement.

                         **SO ORDERED.**

Dated:   White Plains, New York
           February 16, 2024

                         PHILIP M. HALPERN
                         United States District Judge